**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7117**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNNY WILLIAM CABE,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (CR-00-301)

Submitted:  December 9, 2005          Decided:  December 20, 2005

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny William Cabe, Appellant Pro Se. Dean Arthur Eichelberger, Anne Hunter Young, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny William Cabe, a federal prisoner, appeals the district court's order denying his motion for a new trial pursuant to Fed. R. Crim. P. 33. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Cabe, No. CR-00-301 (D.S.C. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED